COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Ted B. Lyon III v. Building Galveston, Inc.

Appellate case number:     01-19-00571-CV

Trial court case number:   10-CV-2353

Trial court:               405th District Court of Galveston County

Appellant, Ted B. Lyon III, has filed an unopposed motion to transfer the clerk's record and reporter records filed in No. 01-15-00664-CV, *Ted. B. Lyon, III v. Building Galveston, Inc. d/b/a Building Solutions*, to this appeal. The motion is **granted**.

Accordingly, the Clerk of this Court is directed to copy the clerk's record, filed on September 28, 2015; the supplemental clerk's record, filed on October 27, 2015; and reporter's record, filed on September 29, 2015, in No. 01-15-00664-CV, and file the copies in No. 01-19-00571-CV.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: __August 29, 2019___

1